1  THOMAS H. FELL, ESQ.
   NV Bar No. 003717
2  **FENNEMORE CRAIG, P.C.**
   300 S. Fourth Street, Suite 1400
3  Las Vegas, Nevada 89101
   Telephone: (702) 692-8001
4  Facsimile: (702) 692-8061

5  NORMAN BLUMENTHAL, ESQ.
   California State Bar #068687
6  **BLUMENTHAL NORDREHAUG & BHOWMIK**
   2255 Calle Clara
7  La Jolla, California 92037
   Telephone:  (858) 551-1223
8  Facsimile:   (858) 551-1232

9  ROBERT B. GERARD, ESQ.
   NV Bar No. 5323
10 **GERARD & ASSOCIATES**
   2840 S. Jones Blvd., Bldg. D, Ste. 4
11 Las Vegas, Nevada  89146
   Telephone: (702) 251-0093
12 Facsimile: (702) 251-0094

13 *Attorneys for Appellants*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>TURNBERRY/MGM GRAND TOWERS, LLC<br><br>■ Affects this Debtor.<br><br>In re:<br><br>TURNBERRY/MGM GRAND TOWER B, LLC,<br><br>☐ Affects this Debtor.<br><br>TURNBERRY/MGM GRAND TOWER C, LLC,<br><br>☐ Affects this Debtor.<br><br>☐ Affects All Debtors | Case No.: 2:16-cv-01863-JAD<br><br>Bankruptcy Case No.: 15-13706-abl<br><br>Chapter 11<br><br>Jointly Administered with:<br><br>Case No.: 15-13708-abl TURNBERRY/MGM GRAND TOWER B, LLC<br><br>Case No.: 15-13709-abl TURNBERRY/MGM GRAND TOWER C, LLC<br><br>Adv. Proc. No. 15-01123-abl<br><br>**STIPULATION AND PROPOSED ORDER TO VACATE CURRENT BRIEFING DEADLINES**<br><br>ECF No. 7 |

|   |   |
|---|---|
| KJH & RDA INVESTOR GROUP, LLC, et al. | |
| Appellants, | |
| vs. | |
| TURNBERRY/MGM GRAND TOWERS, LLC, et al., | |
| Appellee. | |

Appellants KJH & RDA Investor Group, LLC et al. ("Appellants"), by and through their counsel Fennemore Craig, P.C., Blumenthal Nordrehaug & Bhowmik and Gerard & Associates, and Appellee Turnberry/MGM Grand Towers, LLC ("Appellee", and together with the Appellants, the "Parties"), by and through their counsel, the law firm of Garman Turner Gordon LLP, hereby stipulate and agree as follows:

WHEREAS, the deadline for Appellants to file their Opening Brief is **September 30, 2016**, the deadline for Appellee to file an Answering Brief is **October 17, 2016**, and the deadline for Appellants to file a Reply Brief is **November 3, 2016** (the "Briefing Schedule").

WHEREAS, on September 22, 2016, the Appellants, Appellee and other related parties entered into a Mediation Agreement to settle all claims related to this litigation, including the instant Appeal, which Agreement contemplates the execution of a Settlement Agreement and Release by each of the Appellants.

WHEREAS, it will take approximately sixty (60) days from the time the Settlement Agreement and Release is prepared to finalize the pending settlement (the "Settlement").

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. The current Briefing Schedule shall be vacated to allow the Parties sufficient time to finalize the Settlement.

2. The new briefing schedule, if necessary, is as follows: The deadline for Appellants

to file their Opening Brief is **December 14, 2016**, the deadline for Appellee to file an Answering Brief is **January 13, 2017**, and the deadline for Appellants to file a Reply Brief is **January 27, 2017**.

DATED this 27th day of September, 2016.

| PREPARED AND SUBMITTED: | APPROVED: |
|---|---|
| GERARD & ASSOCIATES | GARMAN TURNER GORDON LLP |
| By: /s/ Robert B. Gerard | By: /s/ Talitha G. Kozlowski |
| ROBERT B. GERARD, ESQ. | GREGORY E. GARMAN, ESQ. |
| NV Bar No. 5323 | TALITHA GRAY KOZLOWSKI, ESQ. |
| **GERARD & ASSOCIATES** | GABRIELLE A. HAMM, ESQ. |
| 2840 S. Jones Blvd., Bldg. D, Ste. 4 | 650 White Drive, Suite 100 |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89119 |
| Tel. (702) 251-0093 | |
| Fax (702) 251-0094 | *Attorneys for Appellee* |

THOMAS H. FELL, ESQ.
NV Bar No. 003717
**FENNEMORE CRAIG, P.C.**
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8001
Facsimile: (702) 692-8061

NORMAN BLUMENTHAL, ESQ.
California State Bar #068687
**BLUMENTHAL NORDREHAUG**
2255 Calle Clara
La Jolla, California 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

*Attorneys for Appellants*

**ORDER**

IT IS SO ORDERED.

Dated: 9/28/16 , 2016

_____
United States District Court Judge