1  THOMAS H. FELL, ESQ.
   NV Bar No. 003717
2  **FENNEMORE CRAIG, P.C.**
   300 S. Fourth Street, Suite 1400
3  Las Vegas, Nevada 89101
   Telephone: (702) 692-8001
4  Facsimile: (702) 692-8061

5  NORMAN BLUMENTHAL, ESQ.
   California State Bar #068687
6  **BLUMENTHAL NORDREHAUG & BHOWMIK**
   2255 Calle Clara
7  La Jolla, California 92037
   Telephone:  (858) 551-1223
8  Facsimile:   (858) 551-1232

9  ROBERT B. GERARD, ESQ.
   NV Bar No. 5323
10 **GERARD & ASSOCIATES**
   2840 S. Jones Blvd., Bldg. D, Ste. 4
11 Las Vegas, Nevada  89146
   Telephone: (702) 251-0093
12 Facsimile: (702) 251-0094

13 *Attorneys for Appellants*

14              **UNITED STATES DISTRICT COURT**

15                  **DISTRICT OF NEVADA**

| | |
|---|---|
| 16  In re: | Case No.: 2:16-cv-01863-JAD |
| 17  TURNBERRY/MGM GRAND TOWERS, LLC | Bankruptcy Case No.: 15-13706-abl |
| 18  ■ Affects this Debtor. | Chapter 11 |
| 19 | Jointly Administered with: |
| 20  In re: | Case No.: 15-13708-abl TURNBERRY/MGM GRAND TOWER B, LLC |
| 21  TURNBERRY/MGM GRAND TOWER B, LLC, | |
| 22  ˇ  Affects this Debtor. | Case No.: 15-13709-abl TURNBERRY/MGM GRAND TOWER C, LLC |
| 23 | Adv. Proc. No. 15-01123-abl |
| 24  TURNBERRY/MGM GRAND TOWER C, LLC, | |
| 25  ˇ  Affects this Debtor. | **STIPULATION AND PROPOSED ORDER TO VACATE CURRENT BRIEFING DEADLINES** |
| 26 | |
| 27  ˇ  Affects All Debtors | **(Second Request)** |
| 28 | |

KJH & RDA INVESTOR GROUP, LLC, et al.

           Appellants,

vs.

TURNBERRY/MGM GRAND TOWERS, LLC,

           Appellee.

      Appellants KJH & RDA Investor Group, LLC et al. ("Appellants"), by and through their counsel, Fennemore Craig, P.C., Blumenthal Nordrehaug & Bhowmik and Gerard & Associates, and Appellee Turnberry/MGM Grand Towers, LLC ("Appellee", and together with the Appellants, the "Parties"), by and through their counsel, the law firm of Garman Turner Gordon LLP, hereby stipulate and agree as follows:

      WHEREAS, on September 22, 2016, the Appellants, Appellee and other related parties entered into a Mediation Agreement to settle all claims related to this litigation, including the instant Appeal, which Agreement contemplates the execution of a Settlement Agreement and Release by each of the Appellants.

      WHEREAS, on September 28, 2016, the Parties entered into a Stipulation and Proposed Order to Vacate Current Briefing Deadlines (ECF No. 7), which was approved by the Court on the same date (ECF No. 8).

      WHEREAS, the current deadline for Appellants to file their Opening Brief is **December 14, 2016**, the deadline for Appellee to file an Answering Brief is **January 13, 2017**, and the deadline for Appellants to file a Reply Brief is **January 27, 2017** (the "Briefing Schedule").

      WHEREAS, progress toward finalizing the settlement thus far has been successful and satisfactory to the Parties.  Given the close proximity of the current Briefing Schedule regarding the Appeal, however, the Parties have agreed to continue the briefing deadlines an additional 90

days to allow additional time for the settlement to be effectuated.  This is the second stipulation for an extension of time regarding the Briefing Schedule.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1.    The current Briefing Schedule shall be vacated to allow the Parties sufficient time to finalize the Settlement.

2.    The new briefing schedule, if necessary, is as follows: The deadline for Appellants to file their Opening Brief is **March 13, 2017**, the deadline for Appellee to file an Answering Brief is **April 12, 2017**, and the deadline for Appellants to file a Reply Brief is **April 26, 2017**.

DATED this 5th day of December, 2016.

PREPARED AND SUBMITTED:
GERARD & ASSOCIATES

By: /s/ Robert B. Gerard      .
ROBERT B. GERARD, ESQ.
NV Bar No. 5323
**GERARD & ASSOCIATES**
2840 S. Jones Blvd., Bldg. D, Ste. 4
Las Vegas, Nevada  89146
Tel. (702) 251-0093
Fax (702) 251-0094

THOMAS H. FELL, ESQ.
NV Bar No. 003717
**FENNEMORE CRAIG, P.C.**
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 692-8001
Facsimile: (702) 692-8061

NORMAN BLUMENTHAL, ESQ.
California State Bar #068687
**BLUMENTHAL NORDREHAUG**
2255 Calle Clara
La Jolla, California 92037
Telephone: (858) 551-1223
Facsimile:  (858) 551-1232

*Attorneys for Appellants*

//

APPROVED:
GARMAN TURNER GORDON LLP

By: /s/ Talitha G. Kozlowski      .
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
GABRIELLE A. HAMM, ESQ.
650 White Drive, Suite 100
Las Vegas, Nevada 89119

*Attorneys for Appellee*

**ORDER**

In light of the parties' progress on settlement as reflected in this stipulation, the briefing schedule [ECF No. 8] is VACATED.  The parties shall appear for a STATUS CHECK on 2/6/17 at 11:00 a.m. in Courtroom 6D of the Lloyd D. George U. S. Courthouse, 333 Las Vegas, Blvd. So.  If settlement is completed before that time, the stipulation and order to dismiss should include the language "the Clerk of Court is instructed to vacate all hearings and close this case."

_____
Jennifer Dorsey, U.S. District Judge
December 6, 2016