GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ., NV Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ., NV Bar No. 9040
E-mail:  tgray@gtg.legal
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Appellee*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> TURNBERRY/MGM GRAND TOWERS, LLC, <br><br> ☒ Affects this Debtor. | Case No.: 2:16-cv-01863-JAD <br><br> Bankruptcy Case No.: 15-13706-abl <br> Chapter 11 |
| In re : <br><br> TURNBERRY/MGM GRAND TOWER B, LLC, <br><br> ☐ Affects this Debtor. | **JOINTLY ADMINISTERED UNDER CASE NO.: 15-13706-abl** <br><br> Case No.: 15-13708-abl <br> Chapter 11 |
| In re : <br><br> TURNBERRY/MGM GRAND TOWER C, LLC, <br> ☐ Affects this Debtor. | Case No.: 15-13709-abl <br> Chapter 11 <br><br> Adversary No. 15-01123-abl |
| KJH & RDA INVESTOR GROUP, LLC, *et al.*, <br><br> Appellants, <br> vs. <br><br> TURNBERRY/MGM GRAND TOWERS, LLC, <br><br> Appellee. | **STIPULATION AND ORDER TO DISMISS APPEAL** <br><br> ECF No. 13 |

Turnberry/MGM Grand Towers, LLC ("Appellee") and KJH & RDA Investor Group, LLC, *et al.* ("Appellants," and together with Appellee, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1    WHEREAS, the Parties have entered into the *Confidential Settlement Agreement and*

2  *General Release* (the "Settlement Agreement") that resolves all disputes by and between them.

3    WHEREAS, the Settlement Agreement was approved by entry of an order of the United

4  States Bankruptcy Court for the District of Nevada on February 23, 2017 (the "9019 Order").

5    WHEREAS, the Settlement Agreement requires that the above-captioned appeal (the

6  "Appeal") be promptly dismissed by the Parties.

7    NOW, THEREFORE, the Parties hereby stipulate and agree that pursuant to the terms of

8  the Settlement Agreement and the 9019 Order: (i) the Appeal shall be dismissed with prejudice;

9  and (ii) the Parties shall bear their own attorney's fees and costs incurred in the Appeal.

10    DATED this 24th day of February, 2017.

11  PREPARED AND SUBMITTED:          APPROVED:

12  GARMAN TURNER GORDON LLP          GERARD & ASSOCIATES

14  By: /s/ Talitha Gray Kozlowski     By: /s/ Norman Blumenthal
    GREGORY E. GARMAN, ESQ.            ROBERT GERARD, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.       RICARDO R. EHMANN, ESQ
15  650 White Drive, Suite 100         2840 S. Jones Blvd. D-4
    Las Vegas, Nevada 89119            Las Vegas, Nevada 89146
16  *Attorneys for the Appellee*

17                                     THOMAS H. FELL, ESQ.
                                       FENNEMORE CRAIG JONES VARGAS
18                                     300 S. Fourth Street, Suite 1400
                                       Las Vegas, Nevada 89101

19                                     NORMAN BLUMENTHAL, ESQ.
                                       BLUMENTHAL NORDREHAUG &
20                                     BHOWMIK
                                       2255 Calle Clara
21                                     La Jolla, California 92037
                                       *Attorneys for the Appellants*

23    **IT IS SO ORDERED.**  The Clerk of Court is directed to CLOSE THIS CASE.

25  Dated: 2-24-17

27  _____
    JENNIFER DORSEY, U.S. DISTRICT
    COURT JUDGE

2